IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| PATRICIA DOE, as parent and guardian of JANE DOE, ) ) ) |  |
| Plaintiff, ) ) |  |
| vs. ) ) | Civ. No. 05-2411-D/P |
| BOARD OF EDUCATION OF MEMPHIS CITY SCHOOLS, et al., ) ) ) |  |
| Defendants. ) ) |  |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held September 8, 2005. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
September 15, 2005

**JOINING PARTIES:**
Plaintiff - November 30, 2005
Defendant - December 30, 2005

**AMENDING PLEADINGS:**
Plaintiff - November 30, 2005
Defendant - December 30, 2005

**INITIAL MOTIONS TO DISMISS:** None

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/9/05



   (a) **DOCUMENT PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS**: January 30, 2006

   (b) **DEPOSITIONS**: April 30, 2006

   (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

      (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: December 30, 2005

      (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: December 30, 2005

      (3) **SUPPLEMENTATION UNDER RULE 26(e)**: February 28, 2006

      (4) **EXPERT WITNESS DEPOSITIONS**: January 30, 2006

**FILING DISPOSITIVE MOTIONS**: May 30, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately five (5) days. At the scheduling conference, the plaintiff stated that it intends to file a notice with the court withdrawing its previous demand for a jury and ask to have this case set for a non-jury trial.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

     The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

     At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

     This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

     IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 8, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02411 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT